**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PAMELA POURE,<br><br>        Plaintiff,<br><br>    v.<br><br>CARRIER SALES & DISTRIBUTION, a corporation; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No.  SACV10-00288-CJC(ANx)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL |

The parties stipulate to dismiss the entire action with prejudice.

IT IS SO ORDERED.

DATED: September 29, 2010        _____
                                                                Judge of the United States District Court

[~~PROPOSED~~] ORDER RE DISMISSAL

12748663v.1